**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01379-CV

**PERRY WEEKS, Appellant**

**V.**

**CASSANDRA COCKRUM, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03926-2011**

## ORDER

The Court has before it appellee's June 10, 2013 motion for ruling. The Court **DENIES**

the motion and notes that this case will be set for submission in the fall of 2013.

/s/     ELIZABETH LANG-MIERS
JUSTICE